FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 31, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re:

ISAAC ORTIZ,

      Movant.

No. 12-1293
(D.C. Nos. 1:06-CV-00062-EWN &
1:00-CR-00482-REB-1)
(D. Colo.)

**ORDER**

Before **O'BRIEN**, **HOLMES**, and **MATHESON**, Circuit Judges.

Isaac C. Ortiz, a pro se federal prisoner, seeks authorization to file a second or successive 28 U.S.C. § 2255 motion. We DENY authorization.

In 2001, Mr. Ortiz pleaded guilty to using or carrying a destructive device in relation to a crime of violence and tampering with a witness, and he was sentenced to 384 months' imprisonment. In 2006, he filed a § 2255 motion in federal district court, arguing that "he was duped into accepting the plea agreement and . . . that his attorney's advise [sic] . . . to accept the non-expounded plea agreement was erroneous." Mot. to Vacate at 15. The district court denied the motion, finding that it was time barred, and that, in any event, the motion lacked merit given Mr. Ortiz's admissions in the plea agreement. He did not seek to appeal.

Mr. Ortiz now seeks authorization to file a second or successive § 2255 motion to reassert the very same claim. But under 28 U.S.C. § 2244(a) & (b)(1), an

applicant may not relitigate a claim presented in a prior application for collateral relief. *See In re Bowling*, 422 F.3d 434, 440 (6th Cir. 2005).  The claim in Mr. Ortiz's first § 2255 motion is indistinguishable from the claim he seeks authorization to pursue in a second § 2255 motion.  Indeed, with the exception of one page, the claims are verbatim copies.

Accordingly, we DENY the motion for authorization.  This denial of authorization "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari."  28 U.S.C. § 2244(b)(3)(E).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk